# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>AGNES BROWN,<br><br>               Defendant. | Case No. 3:21-cr-00018-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 3. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Information, which is a violation of 18 U.S.C. § 1711, Misappropriation of Postal Funds.

Judge Smith issued a Final Report and Recommendation at Docket 21, in which she recommended that the District Court accept Defendant's plea of guilty to Count 1 of the Information. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Information – Misappropriation of Postal Funds, and Defendant is adjudged GUILTY of Count 1. An Imposition of Sentence hearing is scheduled for **June 30, 2021 at 2:00 p.m.** in Anchorage Courtroom 2 before Judge Sharon L. Gleason. Sentencing memoranda are due no later than June 23, 2021.

DATED this 8th day of April, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cr-00018-SLG, *USA v. Brown*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:21-cr-00018-SLG-DMS   Document 22   Filed 04/08/21   Page 2 of 2